COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     GCube Underwriting Limited as Assignee and Subrogee of E.ON Climate & Renewable North America, LLC v. Gamesa Wind US, LLC

Appellate case number:     01-18-00490-CV

Trial court case number:     2013-67072-7

Trial court:     190th District Court of Harris County

On August 23, 2018, appellant, GCube Underwriting Limited as Assignee and Subrogee of E.ON Climate & Renewable North America, LLC, filed an "Unopposed Motion to Seal Appeal and Clerk's Record and Request for Brief Extension of Time for Trial Clerk to File Clerk's Record Under Seal" because the clerk's record is currently due to be filed today on August 23, 2018. Appellant's motion attaches an "Agreed Motion to Seal Court Records" under Rule of Civil Procedure 76a, filed on November 6, 2013, and a "Judgment Confirming Arbitration Award Under Seal," signed by the trial court on April 2, 2014, which had maintained the seal on the arbitration award and other related documents and exhibits from a previous order. *See* TEX. R. CIV. P. 76a.

Requests to seal records are governed by Texas Rule of Civil Procedure 76a, which provides no authority for an appellate court to make the findings necessary to decide motions to seal the record. *See* TEX. R. CIV. P. 76a; *see also Envtl. Procedures, Inc. v. Guidry*, 282 S.W.3d 602, 636 (Tex. App.—Houston [14th Dist.] 2009, pet. denied) ("On its face, Texas Rule of Civil Procedure 76a, entitled 'Sealing Court Records,' does not give appellate courts the authority to find the necessary facts and to determine motions to seal on appeal, and the parties have not cited any statute, rule, or case stating that appellate courts have this authority."). In a prior related mandamus petition, under appellate cause number 01-17-00927-CV, this Court's December 12, 2017 Order of Abatement had granted the relator's motion to seal the mandamus petition and sworn record.

Accordingly, because appellant included the trial court's sealing order, the Court **grants** appellant's motion. The district clerk is **ordered** to file the clerk's record under

seal **within 10 days of the date of this Order**.  The Clerk of this Court is **directed** to file the clerk's record under seal and not file it electronically.  *See* TEX. R. APP. P. 9.2(c)(3) ("Documents filed under seal, . . . or to which access is otherwise restricted by . . . court order must not be electronically filed.").

      It is so ORDERED.

Judge's signature:  <u>/s/ Laura C. Higley                  </u>

                     ☑  Acting individually    ☐  Acting for the Court

Date: <u>August 28, 2018        </u>